David MORGENSTERN, Petitioner–Appellant,

v.

Warden Justin ANDREWS, Respondent–Appellee.

No. 14–6008.

United States Court of Appeals, Fourth Circuit.

Submitted: April 24, 2014.

Decided: April 29, 2014.

David Morgenstern, Appellant Pro Se. Shailika K. Shah, Office of the United States Attorney, Raleigh, North Carolina, for Appellee.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

David Morgenstern, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2012) petition. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *Morgenstern v. Andrews*, No. 5:12–hc–02209–FL, 2013 WL 6239262 (E.D.N.C. Dec. 3, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this

court and argument would not aid the decisional process.

*AFFIRMED.*